UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

GEORGE V. FULLER, §
§
        Plaintiff, §
§
versus §      CIVIL ACTION H-04-633
§
HARRIS COUNTY, §
§
        Defendant. §

## Opinion on Dismissal

    George Fuller has failed to keep the court advised of his current address as required by Local Rule 83.4. Fuller is lacking in due diligence. Under the court's inherent power to manage its docket, the complaint will be dismissed for want of prosecution. Fuller is advised that on a proper showing—like a mistake by him or the post office—relief from this order may be granted under FED.R.CIV.P. 60(b). All pending motions (41, 43, 52) are denied as moot.

    Signed at Houston, Texas, on April 3, 2006.

                                             Lynn N. Hughes
                                      United States District Judge

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| GEORGE V. FULLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION  H-04-633 |
| | § | |
| HARRIS COUNTY, | § | |
| | § | |
| Defendant. | § | |

## Final Judgment

This case is dismissed without prejudice.

Signed at Houston, Texas, on _____, 2006.


_____
Lynn N. Hughes
United States District Judge